ANDREW R. STILWELL, ESQ.  (CBN: 229469)
MICHAEL H. WEINER, ESQ. (CBN: 269079)
STILWELL & ASSOCIATES, INC.
4669 Murphy Canyon Road, Suite 200
San Diego, California 92123
Telephone: (858) 715-3900
Facsimile: (858) 715-3977

Attorneys for MARK WALKER, Defendant

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO – CRIMINAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERKENFIELD, KIRSTEN BERKENFIELD, KEREN BRITO, MICHAEL CALDWELL, JOHN CASTELLANOS, FLORA ESPINO, MARK GOLDSTEIN, DAWN GONZALEZ, MATTHEW HOLDIN, KARI LOWMAN, TYLER LOWMAN, MATTHEW McINTYRE, DAVID MORINEAU, VINCINA MORINEAU, CLARISA RODRIGUEZ, JESUS RODRIGUEZ (aka JESSE RODRIGUEZ), AL SIAPNO, MATTHEW SUPPLE, APRIL STEWART, RICARDO TREJO, LISA WALKER, MARK WALKER, PATRICK WALSH, TOMOKO WALSH, and BONNIE WASSERMAN,<br><br>Defendant(s). | Case No. 11-CR-003486-JAH<br>Hon. John A. Houston<br>Judge Nita L. Stormes, Magistrate<br><br>Indictment Filed:  August 9, 2011<br>Trial Date:  None Set<br><br>**JOINT MOTION TO AUGMENT ORDER MODIFYING THE CONDITIONS OF RELEASE TO RELEASE AND RENEW U.S. PASSPORT AND PERMIT TRAVEL** |

///

Defendant, **MARK WALKER** by and through his attorneys, **ANDREW STILWELL,** and **MICHAEL H. WEINER,** pursuant to 18 U.S.C. § 3142(c), as well as the Due Process Clause of the Fifth Amendment to the Constitution of the United States, respectfully moves this Court for clarification of the order modifying the conditions of his **release,** thereby permitting Defendant to: 1) have his **passport released**, 2) renew his passport, and 3) travel to Alberta, Canada, and El Toro, Dominican Republic.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. On August 9, 2011, Defendant was charged by Indictment with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 371 and two counts of wire fraud in violation of 18 U.S.C. § 1343.

2. On August 18, 20111, an arraignment notice was issued, and Defendant's case was set before Magistrate for arraignment and to enter an initial plea on August 25, 2012.

3. On August 25, 2011, Defendant voluntarily appeared before Judge Stormes and entered a plea of not guilty. Judge Stormes set Defendant's conditions of **release,** which included no travel outside of the United States and the surrendering of his non-government passport. The Order Setting Conditions of **Release,** hereinafter referred to as the "**Release** Order," is attached hereto as Exhibit A.

4. Two conditions of the **Release** Order are at issue in this motion. First, the **Release** Order specified that Defendant must surrender his **passport** and not be able to renew it. Second, the Defendant cannot travel internationally.

5. Since the entry of the **Release** Order, and for the pendency of this case, Defendant has appeared at all scheduled court appearances when required, and has followed all conditions of his **release.**

6. Defendant agrees to notify Pre-Trial Service of his travel dates and further agrees that he will not use his passport for travel outside of the United States other than for the two requested trips.

7. On October 12, 2012, Michael Weiner, Esq. specially appearing on behalf of Andrew Stilwell, Esq. made an oral motion seeking modification of the Conditions of Release relating to Defendant Walker to allow him to have his passport back, renew the passport, and to travel outside the United States.

8. Judge Houston, granted this oral motion and ordered that Defendant Walker may have his passport back, and travel outside of the United States.

9. The order, however; did not specify that Defendant Walker may also renew his passport.

10. Defendant now seeks clarification of the October 12, 2012 order and requests leave of the Court to allow renewal of the passport certification and permit the travel that has been approved by Judge Houston.

Dated: October 31, 2012

*/s/ Andrew R. Stilwell*
ANDREW R. STILWELL, ESQ.
Attorney for Defendant, MARK WALKER


*/s/ Jerry A. Behnke*
JERRY A. BEHNKE, ESQ. (by consent)
Assistant United States Attorney