UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID BERKENFIELD,

28130-298   Defendant.

CASE NO. 11-cr-03486-JAH-1

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the defendant for dismissal, without prejudice; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice pursuant to the deferred entry of judgment agreement.

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

18 USC 371 - Conspiracy

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/29/2013

John A. Houston
U.S. District Judge

I have executed within DISMISSAL
Judgment and Commitment on 5/2/13
United States Marshal
By: Courtney Sweet
USMS Criminal Section